IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

FILED
99 FEB 10 PM 2:56
N.D. OF ALABAMA

ENTERED
FEB 1 1 1999

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CV 98-S-2133-S |
| SELINA A. JEMISON, | ) |
| Defendant. | ) |

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Selina A. Jemison, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Selina A. Jemison, on September 3, 1998; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Selina A. Jemison, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Selina A. Jemison, is indebted to Plaintiff in the principal sum of $1,900.00, administrative charges of $87.00, U.S. Marshal costs of $40.00, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $1,286.52 as of January 29, 1999, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant the total sum of $3,463.52, plus interest

7

hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the ___10th___ day of February, 1999.

_____
UNITED STATES DISTRICT JUDGE